**FOLEY & LARDNER LLP**
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409
Telephone: 415.434.4484
Facsimile: 415.434.4507

Kimberly K. Dodd, CA Bar No. 235109
Attorneys for Defendant Graphnet, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Oracle USA, Inc., a Colorado corporation, and Oracle International Corporation, a California corporation, | Case No. 06-05351 MJJ |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR GRAPHNET, INC. TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT** AND ORDER |
| v. | Honorable Martin J. Jenkins |
| Graphnet, Inc., a Delaware corporation | |
| Defendants. | |

WHEREAS Plaintiffs Oracle USA, Inc. and Oracle International Corporation (collectively "Oracle") filed this action on August 30, 2006;

WHEREAS Graphnet, Inc. ("Graphnet") was personally served on September 25, 2006;

WHEREAS Graphnet did not retain Foley & Lardner LLP as counsel of record until on or around October 25, 2006;

WHEREAS Graphnet desires an extension of time to file a responsive pleading to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1(a), by and between Oracle and Graphnet, by counsel, that Graphnet shall have up to and including November 7, 2006 to file a responsive pleading, including any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, to Oracle's Complaint in the above-captioned action.

This stipulation shall be without prejudice to any party seeking further extensions of time

1  from the Court.

2

3  DATED:   October 30, 2006                    FOLEY & LARDNER LLP

4

5                                               By:  _____/s/_____

6                                               Kimberly K. Dodd

7

8  DATED:   October 30, 2006                    HOLME ROBERTS & OWEN LLP

9

10                                              By:  _____/s/_____

11                                              Nancy J. Gegenheimer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

GRANTED

Judge Martin J. Jenkins

10/31/2006

NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION FOR EXTENSION OF TIME
Case No. 06-05351 MJJ