United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, | No. C06-05351 MJJ |
|     Plaintiff, | **ORDER TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
|   v. | |
| GRAPPHNET INC, | |
|     Defendant. | |

On November 14, 2006, Plaintiff Oracle International Corporation filed its Motion for Preliminary Injunction.[1] At the time Defendant files its Opposition, Defendant shall also file its Proposed Findings of Fact and of Conclusions of Law. At the time Plaintiff files its Reply, Plaintiff shall also file its Proposed Findings of Fact and Conclusions of Law. In addition to following prescribed filing procedures, the parties shall also submit a chambers copy of their Proposed Findings of Fact and Conclusions of Law in electronic CD-ROM WordPerfect 10 format.

**IT IS SO ORDERED.**

Dated: November 28, 2006

                                             MARTIN J. JENKINS
                                             UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 15.