IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, | No. C-06-05351 MJJ (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| GRAPHNET INC, | |
| Defendant. | |

The parties shall hold a followup conference call on Tuesday, May 1, 2007 at 11:00 a.m., Pacific Standard Time. If the case is not fully resolved, a further settlement conference is scheduled for Thursday, May 3, 2007 at 1:30 p.m., at which Oracle USA shall have in person attendance by either Rich Allison, Santley Wong or Brian Lindsey. Additionally, John Wadsworth is ordered to appear. Graphnet client representatives Yacob Elkon, Guy Conte and attorney Marc Gross shall appear personally. Joe Edmondson may appear by telephone. The parties shall submit brief letter updates to the Court by noon on Wednesday, May 2, 2007. The letter brief may be sent via facsimile to (415) 522-2002.

**IT IS SO ORDERED.**

Dated: April 27, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge