UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA,

        Plaintiff(s),

    v.

GRAPHNET, INC.,

        Defendant(s).
_____/

No. C 06-05351 MJJ (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 1, 2007, Defense counsel Jason Julian requested Graphnet President Yaakov Elkon be excused from personally appearing at the further settlement conference scheduled for May 3, 2007 at 1:30 p.m. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Yaakov Elkon be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on May 3, 2007.

If the Court concludes that the absence of Mr. Elkon is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: May 2, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge