UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation<br>Plaintiff,<br><br>v.<br><br>GRAPHNET INC., a Delaware corporation,<br>Defendant. | CASE NO. 3:06 CV 05351 MJJ<br><br>*[PROPOSED]* ORDER GRANTING JOINT MOTION PURSUANT TO FED. R. CIV P. 41(a)(2) FOR ORDER OF DISMISSAL WITH PREJUDICE ON THE TERMS AND CONDITIONS THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT<br><br>The Honorable Martin J. Jenkins |

THIS MATTER having come before the Court on the Parties' joint motion pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing this matter with prejudice and imposing terms and conditions that the Court retains jurisdiction over the parties to enforce Parties' settlement agreement; and the Court having considered the matter and being fully advised in the premises,

HEREBY ORDERS that the joint motion is GRANTED.

IT IS FURTHER ORDERED that this matter is dismissed with prejudice and the Court shall retain jurisdiction over the parties for purposes of enforcing all aspects of the settlement agreement between the parties.

Dated: 10/12/2007   _____
UNITED STATES DISTRICT JUDGE

---

*[PROPOSED]* ORDER GRANTING JOINT MOTION PURSUANT TO FED. R. CIV P. 41(a)(2) FOR ORDER OF DISMISSAL WITH PREJUDICE ON THE TERMS AND CONDITIONS THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT
*Oracle USA, Inc., et al. v. Graphnet Inc.*
Case No. 3:06 CV 05351 MJJ

#1249603 v1